■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHYLISS RUSSANO, Appellant. [855 NYS2d 410]—

No opinion. Spolzino, J.P., Florio, Covello and Dickerson, JJ., concur.